UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-7209-R (SKx) | Date | October 17, 2018 |
|---|---|---|---|
| Title | Chris Langer v. Flor 401 Lofts LP | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY JUDGMENT-DEBTOR TIM ZHU SHOULD NOT BE HELD IN CONTEMPT OF COURT ORDER**

Having failed to appear on this date as ordered for a judgment debtor examination, Tim Zhu, in his capacity as CEO for debtor Flor 401 Lofts LP, is ordered to show cause why he should not be held in contempt for failure to appear and obey court orders.

Tim Zhu is ordered to appear **in person** (with or without retained counsel) at **10 AM** on **November 21, 2018**, in **Courtroom 540** of the Roybal Federal Building and U.S. Courthouse, located at **255 E. Temple Street, Los Angeles**.

<u>Tim Zhu may satisfy and discharge this order to show cause by contacting counsel for Plaintiff and appearing for a properly noticed judgment debtor examination by no later than November 21, 2018</u>.

If Tim Zhu agrees to a date for his judgment debtor examination, Plaintiff's counsel shall contact the Court clerk to schedule that examination, in which case the OSC hearing on November 21, 2018 may be converted into a debtor examination or vacated upon the noticed scheduling of an examination at a later date stipulated to by the parties.

**Tim Zhu is warned that failure to appear as ordered or to comply with this OSC may result in the issuance of a warrant for arrest by U.S. Marshals and an order of civil contempt.**

Plaintiff's counsel shall promptly personally serve Tim Zhu with a copy of this order and file proof of personal service with the Court within 24 hours of successful personal service.

**IT IS SO ORDERED.**