UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>FLOR 401 LOFTS LP, et al.,<br><br>  Defendant, | Case No. CV-16-7209-R<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT** |

    Plaintiff seeks an Order to Show Cause re: Contempt against Judgment Debtor Tim Zhu, the CEO of 401 East 7th Street LLC, for his failure to appear for judgment debtor examination on October 17, 2018 and November 21, 2018.

    Based on the "Certification of Facts of Contempt Under 28 U.S.C. §636" by Magistrate Judge Kim, filed on January 10, 2019, Tim Zhu **IS ORDERED TO APPEAR** at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, in **Courtroom 880** on **March 18, 2019 at 10:00 a.m.** and **SHOW CAUSE** why

/ / /

/ / /

/ / /

he should not be held in contempt of court for failing to appear at the October 17, 2018 and November 21, 2018 judgment-debtor examinations.

**IT IS SO ORDERED.**

Dated January 10, 2019

MANUEL L. REAL
United States District Judge